IN RE P.F.

[Cite as *In re P.F.*, 121 Ohio St.3d 360, 2009-Ohio-1518.]

(No. 2008–1195—Submitted February 18, 2009—Decided April 7, 2009.)

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471, and the cause is remanded to the trial court for further proceedings consistent with *In re L.A.B.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———

Dennis P. Will, Lorain County Prosecuting Attorney, and Billie Jo Belcher and Christopher J. Pierre, Assistant Prosecuting Attorneys, for appellee, state of Ohio.

Robert Cabrera, for appellant, P.F.

IN RE C.J.B.

[Cite as *In re C.J.B.*, 121 Ohio St.3d 361, 2009-Ohio-1515.]

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.